# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**BRADLEY NELSON,**

    Defendant.

Criminal Action No. 23-205 (JDB)

## ORDER

Upon consideration of [32] the parties' joint status report and motion to continue trial and pre-trial deadlines, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern pre-trial proceedings:

1. Motions shall be filed by not later than October 4, 2024.
2. Oppositions shall be filed by not later than October 18, 2024.
3. Replies shall be filed by not later than October 24, 2024.
4. Pre-Trial Conference shall be held on November 21, 2024 at 11:00 a.m. in Courtroom 30A.
5. Jury Trial is set for December 10, 2024 at 09:30 a.m. in Courtroom 30A.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated: July 11, 2024