UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY NELSON,<br><br>Defendant. | Criminal Action No. 23-205 (JDB) |

**ORDER**

For the reasons explained at the August 14, 2024 hearing, and upon consideration of the entire record herein, it is hereby

**ORDERED** that Mr. Nelson is committed to home detention beginning August 16, 2024. He will be restricted to his place of residence continuously during that period, except for authorized absences, enforced by an appropriate means of surveillance by the Pretrial Services Agency. In consultation with Pretrial Services, Nelson may receive authorization to leave his home for gainful employment, religious services, medical care and at such other times as may be specifically authorized by his supervising Pretrial Services officer. Electronic monitoring is an appropriate means of surveillance for home detention. Pretrial Services shall place Nelson on home detention by August 16, 2024; it is further

**ORDERED** that Mr. Nelson may not use any social media—including, but not limited to, Parler, Gab, Reddit, Facebook, Instagram, Discord, Twitter, SnapChat, TikTok, and any similar platform—on any electronic device (e.g., phone, computer, laptop, tablet); it is further

**ORDERED** that Mr. Nelson may not use a computer system (e.g., computer, laptop, tablet) without the prior written approval of his supervising Pretrial Services officer; it is further

**ORDERED** that Mr. Nelson may not access the internet on any electronic device; it is further

**ORDERED** that Mr. Nelson must avoid all contact, directly or indirectly, with any person who is, or may be, a victim or witness in the investigation or prosecution, including any FBI agent, government official, or judge outside of a judicial setting; and it is further

**ORDERED** that Mr. Nelson must consent to Pretrial Services Agency conducting an internet search on all electronic devices.

**SO ORDERED.**

Dated: August 15, 2024

/s/
John D. Bates
United States District Judge