AO 442 (Rev. 11/11) Arrest Warrant                               FID 1153505

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 2:49 pm, Jul 18, 20

| | |
|---|---|
| United States of America<br>v.<br>BRADLEY SCOTT NELSON<br><br>*Defendant* | )<br>)  Case No. 23cr205 (JDB)<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Bradley Scott Nelson                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Mr. Nelson posted violent rhetoric against four public officials.

Date: 07/18/2024

**John D. Bates**
Digitally signed by John D. Bates
Date: 2024.07.18 11:22:43 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

John D. Bates, US District Court Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/2/24, and the person was arrested on *(date)* 8/3/24
at *(city and state)* Baltimore, MD.

Date: 8/3/24

*Arresting officer's signature*

Nicholas DeGeorge, Supervisory Special Agent
*Printed name and title*