UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 1:23-cr-205 (JDB) |
| v. : | |
| : | |
| BRADLEY NELSON, : | |
| : | |
| Defendant. : | |

**MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court order the Clerk of this Court issue the attached subpoena pursuant to Fed. R. Crim. P. 17(c).

As noted in its Opposition, ECF 43, the government received information from the FBI that defendant Bradley Nelson was ticketed for a trip to Connecticut by Southwest Airlines on August 20, 2024, five days after this Court entered its order modifying conditions of release following the detention hearing. Government counsel learned about the flight on the day of scheduled travel, August 20, 2024. Shortly thereafter, the government inquired with Pretrial Services whether Nelson had informed or otherwise requested authorization to travel, and whether he had authorization to purchase (or have purchased for him) tickets for the flight. Pretrial Services was not aware of any such travel plans or request for authorization. Later that day—the same day Nelson was scheduled to fly, August 20, 2024—the ticketed flight was cancelled, and it appears that Nelson did not board the flight.

The government requests the attached subpoena to Southwest Airlines to ascertain the facts and circumstances surrounding Nelson's ticketed flight. The subpoena, which requests information relating to the timing and circumstances of the booking of Nelson's flight, will help determine: (a)

the manner in which the flight was booked (i.e., online or otherwise); (b) who booked the flight; and (c) the timing of the booking; and (d) other information that may inform whether the booking is a violation of the terms of Nelson's release.

## CONCLUSION

The Court should grant the Government's Motion and direct the Clerk to issue the attached subpoena.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

By:    s/ *Patrick Holvey*
           PATRICK HOLVEY
           DC Bar No. 1047142
           Assistant United States Attorney
           United States Attorney's Office
           601 D Street N.W.
           Washington, D.C. 20530
           Telephone: 202-252-7224
           Patrick.Holvey@usdoj.gov