**Attachment A**

All records relating to flight reservations for "BRADLEY NELSON" or "BRADLEY SCOTT NELSON" for a flight from Nevada to Connecticut (possible layover in Chicago) on or about August 20, 2024, including the following:

- Date of booking
- Method of booking (phone, online or in-person)
- Username, IP address, and all other other identifying information relating to the user who made the reservation (such as rewards/mileage number, TSA known traveler number, redress number, name, DOB, billing address, email address, and phone number)
- Method of payment and status of any refund
- Status of travel, i.e., whether travel was completed, transferred, cancelled, refunded, or other changes in the reservation, including the date of any modification or cancellation
- If cancelled, transferred, or refunded, the method of the cancellation, transfer, or refund request (phone, online or in-person)