UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23-CR-205 (JDB) |
| | ) | |
| BRADLEY NELSON | ) | |

### REPLY TO THE GOVERNMENT'S OPPOSITION TO MOTION TO MODIFY RELEASE CONDITIONS

Had government counsel asked, we would have provided them documentation that demonstrates that the travel they allege Mr. Nelson booked, while admitting he never actually used, was booked by the Company—Leo Lopez booked it using KNX Logistics. There was a truck they wanted him to recover in Southington, Connecticut. The information was shared with him via text, not the internet. Mr. Nelson was attempting to get permission to travel. He did not subsequently advise the Company that he would not be travelling but he never intended to do so without permission and did not do so. This was not a violation of his release conditions, indeed it is a demonstration of his adherence to his release conditions.[1]

With respect to the implication that Counsel filed the motion prematurely, Counsel notified the government of the intention to file a motion and invited consultation *before* this Court ordered it to occur. Counsel first emailed the government on September 3, 2024, advising the government of Pretrial Services' position and our intention to file a motion. Counsel heard nothing. On September 5, emails were exchanged between the parties with defense counsel and

---

[1] When Mr. Nelson was arrested, the truck he was driving was left behind, with all of his belongings in it. He was charged for the abandonment of the truck and lost thousands of dollars.

1

pretrial services communicating the problem and possible solutions, but the government did not weigh in. Then, on the morning of September 6, counsel shared a draft motion with all parties. Only then did government counsel engage, asking pretrial services for more information which they promptly provided. Later that day, Counsel advised she was filing the motion and sought the government's position. Only then did they advise they would oppose. Counsel then filed the motion, noting the government's opposition.

      For all of the reasons previously stated, Counsel requests that the Court order the modification.

                                            Respectfully submitted,

                                            A. J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                              /s/
                                          _____

                                            Michelle Peterson
                                            Chief Assistant Federal Public Defender
                                            625 Indiana Avenue, NW
                                            Washington, DC 20004
                                            (202) 208-7500
                                            Shelli_Peterson@fd.org