UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY NELSON,<br><br>Defendant. | Criminal Action No. 23-205 (JDB) |

### ORDER MODIFYING RELEASE CONDITIONS

Upon consideration of the hearing held October 1, 2024, and the entire record herein, it is hereby

**ORDERED** that the condition in the August 15, 2024 Order [ECF No. 38] that Mr. Nelson may not access the internet on any electronic device is MODIFIED; it is further

**ORDERED** that on any cellphone/computer approved by Pretrial Services, Mr. Nelson must not access the Internet except for the following purposes:

- seeking or participating in lawful employment;
- banking;
- medical care; or
- required court appearances or attorney-client communications;

it is further

**ORDERED** that by October 8, 2024, Mr. Nelson must install computer monitoring software on any approved computer/cellphone; it is further

**ORDERED** that, to ensure compliance with the computer monitoring condition, Mr. Nelson must allow the Pretrial Services Officer or supervising officer to conduct initial and periodic unannounced searches of any and every cellphone/computer subject to computer

1

monitoring. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. Mr. Nelson must warn any other people who use these cellphones/computers that the cellphones/computers may be subject to searches pursuant to this condition; and it is further

**ORDERED** that, with respect to the existing home detention condition in the August 15, 2024 Order, Mr. Nelson shall submit to the type of location monitoring technology determined by Pretrial Services and abide by the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology.

All other conditions of the August 15, 2024 Order remain in effect.

**SO ORDERED**


Dated:  October 2, 2024


                                                               /s/
                                        JOHN D. BATES
                                        United States District Judge