# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 23-CR-205 (JDB)** |
|  | : |  |
| **v.** | : | **18 U.S.C. § 1752(a)(2),** |
|  | : | **40 U.S.C. § 5104(e)(2)(D)** |
| **BRADLEY SCOTT NELSON,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Bradley Scott Nelson, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.  The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.     Defendant Bradley Scott Nelson was a truck driver from North Las Vegas, Nevada.

9.     On December 6, 2020, Nelson posted to his Facebook account the following status, "When the revolution begins the first bullet should go through William Barr's head." Nelson was referencing the fact that, a few days prior, the former Attorney General Barr had made public statements that he had not seen evidence of election fraud that would have affected the outcome of the 2020 Presidential Election.

10.    In addition, on December 7, 2020, Nelson posted to his Facebook account a photo of part of a December 4, 2020 letter from Pennsylvania's House Republican Caucus to Pennsylvania's congressional delegation outlining the reasons why they should dispute the slate of electors certified by Pennsylvania Gov. Tom Wolf.

11.    Nelson planned in advance of January 6, 2021 to go to the Capitol Building that day.  On December 24, 2020, Nelson posted on his Twitter account, "I'm going to be at the capital building on January 6 who is going to be there with me."

12.    Between December 23, 2020 and January 1, 2021, Nelson also sent several messages to another individual on Facebook with whom he planned to travel down to Washington, DC.

    a.    In one of those messages, on December 23, 2020, Nelson sent a photo of directions between the hotel that he planned to stay at and the United States Capitol.

    b.    In another message dated January 1, 2021, the other individual told Nelson, "We will find out Jan 6th when we are in DC.  We either celebrate a Trump victory or go home and lock and load and begin the revolution!!!!!"  Nelson responded, "Or how about we do it right there there's 1 million motherfuckers wingers fast you [sic] that capital building to kill every motherfucker in there."

13.    On January 3, 2021, Nelson also responded to another Twitter user as follows, "You fucking little weasel you wouldn't be shit if it wasn't for Lynnwood you would be another little yuppie fucking prick support the a goddamn piece of shit like Mitch McConnell when this all goes down there's a bullet for you and Mitch you little bitch."

14.    On January 5, 2021, Nelson posted a Tweet addressing the former President, "@realDonaldTrump I'm here in DC Mr. President hope to see you tomorrow look for the guy with the pitchfork if they let me in with it."

15.    On January 6, 2021, Nelson wore a straw hat with the words "Trump" on it, a blue flag, and a green jacket, identical to his appearance in Image 1 below.



*Image 1: Nelson as he was dressed on January 6, 2021*

16.    Nelson attended former President Trump's "Stop the Steal" speech near the Ellipse on January 6, 2021.  During the speech, former President Trump made repeated reference to Vice President Pence and called on the Vice President to "do the right thing" and return the certification of the 2020 Presidential election to the states.  After the speech, Nelson joined the crowd massing on Capitol grounds on the West Front.

17.    By the time Nelson approached the Capitol, the mob had already begun besieging the Building.  As he approached, Nelson stepped over downed fencing and "Area Closed" signs,

which was captured in a video he filmed, a still image from which is included as Image 2 below. Nelson celebrated the mob's actions, screaming as he filmed, "Take this motherfucker down. Take it down! Take it down! Take it down!" Nelson later continued, "We're gonna take this motherfucker today." Nelson was referencing the Capitol Building.



*Image 2: Still from video on Nelson's Facebook account*

18.    Nelson filmed the mob's attacks on the police on the West Front, where he was exposed to tear gas.

19.    Nelson entered the scaffolding structure on the Northwest Stairs of the Capitol between the Lower West Terrace and Upper West Terrace, which had been breached by rioters.

20.    At approximately 1:53 p.m., Nelson saw and filmed officers attempting to defend the scaffolding from rioters. As he filmed, Nelson commented: "We're at the gate. We're coming through this motherfucker tonight. We're at the door. We're right here. We're coming in. They're

not stopping us now, goddamnit. This is our house, motherfuckers." This video was posted to the platform Parler. Two still images from that video are included below as Images 3 and 4.



*Images 3, 4*

21.    As the mob battled up the scaffolding, Nelson was near the front of the crowd. Nelson was shot by police using non-lethal ammunition.

22.    At the top of the scaffolding, the mob encountered yet another defensive line of Capitol police officers against a barricade. Nelson, standing feet from the front line, saw rioters assault police, wrestle over barricades, and overrun this line too. *See* Images 5 and 6. Nelson then encouraged rioters to advance, stating "Come on!"



*Images 5 and 6 (Nelson in red circle)*

23.     Police fell back several feet to a new defensive line, on a landing at the foot of the stairs leading to the Upper West Terrace.  Nelson encouraged rioters' efforts to oppose police crowd control measures, stating in sum and substance "gas masks in front."  Nelson stood close to the front line.  He confided to another rioter, in sum and substance, "If we go beyond this point we're gonna be going to jail tonight."  *See* Image 7.



*Image 7 (Nelson in red circle)*

24.    Minutes later, at approximately 2:09 p.m., rioters broke through this line as well. Nelson saw and joined the mob's surge as it overran the officers, who began retreating to the Upper West Terrace.  *See* Images 8, 9.  As he rushed forward, Nelson covered his mouth to protect himself from the effects of tear gas.



*Image 8 (Nelson in red circle)*



*Image 9 (Nelson in red circle)*

25.     After climbing the stairs, Nelson joined the mob facing off against a final

defensive line of U.S. Capitol Police officers behind a bike rack barricade at the entrance to the

Upper West Terrace.  *See* Image 10.  The rioters soon overran that line as well, which Nelson

saw.  As he proceeded into the Upper West Terrace, Nelson celebrated by raising his fist in the

air.



*Image 10 (Nelson in red circle)*

26.     On the Upper West Terrace, Nelson doubled back to the railing to look at the mob below on the West Front, as several rioters were attempting scale the wall.  *See* Image 11.  He told another individual in relevant part, "We fucking did it man  . . . Yeah!"  *See* Image 12.



*Image 11 (Nelson in red circle)*



*Image 12*

27.    Nelson entered the U.S. Capitol Building twice.  At approximately 2:16 p.m., Nelson entered the Capitol for the first time, through the Senate Fire Door near the Senate Parliamentarian's office.  *See* Image 13.



*Image 13 (Nelson in red circle)*

28.    Nelson left through the same door at approximately 2:17 p.m. As he left, Nelson had to pass through officers now defending the Senate Fire Door from the mob, as depicted in Image 14 below.



*Image 14 (Nelson in red circle)*

29.    About a minute later, at approximately 2:18 p.m., Nelson then entered the Capitol

a second time—through the Senate Wing Door immediately perpendicular to the Senate Fire Door.

Nelson is circled in red in the still image from Capitol CCTV included below as Image 15.



*Image 15 (Nelson in red circle)*

30.     Nelson immediately proceeded from the Senate Wing Door to the Crypt, where a crowd of rioters had begun to press up against a line of U.S. Capitol Police.  Nelson was again at the front of the crowd, within feet of scuffles between law enforcement and other rioters.  *See* Image 16.



*Image 16 (Nelson in red circle)*

31.    While in the Crypt, Nelson joined in the mob's chants of "Our House" and "USA!"
At some point while in the Crypt, Nelson took off his green jacket.

32.    At approximately 2:25 p.m., the large crowd in the Crypt pushed through the line
of officers in the Crypt.  Nelson surged forward with the crowd, as seen in the still images included
below as Image 17 and 18, contributing to the mob's collective efforts to overrun and push back
officers.



*Image 17 (Nelson in red circle, U.S. Capitol Police officer in blue circle)*



*Image 18*

33.    After the mob overran yet another line of officers defending a stairway off the Crypt leading upstairs, at approximately 2:29 p.m., Nelson left the Crypt.

34.    Nelson walked back to the Crypt at approximately 2:42 p.m. At that time, police officers were directing him and other rioters out of the Building.

35.    Nelson exited the Capitol Building via the South Door at approximately 2:44 p.m., spending approximately 27 minutes inside.

36.    After Nelson left the Capitol building, one individual asked Nelson whether the Senate was "hiding in the basement" and scared, Nelson responded, "Good. Because I tell ya', fucking cocaine Mitch was on the goddamn bullseye. We were in . . . and I guarantee ya they were fucking shitting their pants. Look I'm going back to regroup and . . . we're coming back and taking this motherfucker again tonight." When Nelson referred to "cocaine Mitch," he was referring to Senator Mitch McConnell. *See* Image 19.



*Image 19*

37.    Nelson similarly told an individual near the Capitol who appeared to be reporting on the January 6 attack, "there's people inside right now, we're going go back in, we're taking this this House tonight.  This is not going to stop."  *See* Image 20.



*Image 20*

38.     Between January 6 and 11, 2021, Nelson made numerous posts to social media about his time in the Capitol:

   a.   On January 6, 2021, at approximately 8:04 p.m., Nelson replied to a Tweet by Eric Trump, stating "I was there today I was in the group to breach the capital I'm sorry but till the death that's what we where told."

   b.   On January 6, 2021, at approximately 11:24 p.m., Nelson sent a private message to another individual with a link to a Daily Mail article (https://www.dailymail.co.uk/news/article-9119427/Mike-Pence-REFUSES-follow-Donald-Trumps-demand-overturn-Joe-Bidens-victory.html).   The article reported in part that former Vice President Pence had declined former President Trump's demands for him block Congress' certification of the 2020 election.

   c.   On January 7, 2021, Nelson posted a Tweet addressed to the former President, stating "@realDonaldTrump We will never give up. We will never concede, it

doesn't happen. You don't concede when there's theft involved, you LIED Why do we have a second amendment if we're just gonna look at the guns instead of use them."

d.  On January 8, 2021, Nelson posted a Tweet addressed to the former President, stating,"@realDonaldTrump Mr. President I'm begging you I'm begging you please fight let's do this we took that capital if we wanted it we could've kept it do you understand that I was the first through the door and I am a patriot Mr. President."

e.  The same day, Nelson sent another Tweet addressed to the former President, stating "@realDonaldTrump If all of us that were there had taken our guns easiest decision do you think that that capital building would be in control of the capital police or do you think would be in control of it patriot Americans because we didn't break a goddamn thing."

f.  On January 11, 2021, Nelson posted on Facebook a picture of another rioter, Richard Barnett, with his feet up on the desk of former Speaker Nancy Pelosi. Nelson wrote, "The absolute graders [sic] photo from January 6.  My hero I wish you would've shit on her desk, that fucking nasty C*nt."

### *Elements of the Offense*

39.    The parties agree that Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), requires the following elements:

a.  First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

    b.   Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

    c.   Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

40.    The parties agree that Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

    a.   First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

    b.   Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

    c.   Third, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

41.    The defendant knowingly and voluntarily admits to all the elements as set forth above.  Specifically:

    a.   Defendant admits that he engaged in disorderly and disruptive conduct on restricted Capitol grounds and inside the U.S. Capitol Building.

    b.   Defendant further admits that he engaged in such conduct knowingly.  Defendant was further aware that the Capitol grounds and the Building itself were restricted due to the presence of the former Vice President, Mike Pence, at Congress' joint session.

    c.   Defendant admits that he acted with the intent to impede or disrupt the orderly conduct of Government business or official functions—specifically, Congress'

joint certification of the 2020 Presidential Election, as well as U.S. Capitol Police's defense of the Capitol Building, its occupants, and the Grounds. Defendant similarly admits that he intended to disrupt, disrupt, or impede the orderly conduct of a session of Congress.

d. Defendant also admits that his disorderly and disruptive conduct was willful, in that he knew that it was against the law.

e. Finally, defendant's conduct occurred when, or so that his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:             

MICHAEL L. BARCLAY
Assistant United States Attorney
New York Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669

## DEFENDANT'S ACKNOWLEDGMENT

I, Bradley Scott Nelson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10-14-24

Bradley Scott Nelson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/18/24

Michelle Peterson, Esq.
Attorney for Defendant