UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY SCOTT NELSON,<br><br>　Defendant. | Case No. 23-CR-205 |

### UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
Acting United States Attorney
D.C. Bar No. 481866

By:　　*/s/ Patrick Holvey*
　　　　PATRICK HOLVEY
　　　　DC Bar No. 1047142
　　　　Assistant United States Attorney
　　　　United States Attorney's Office
　　　　601 D Street N.W.
　　　　Washington, D.C. 20530
　　　　Telephone: 202-252-7224
　　　　Patrick.Holvey@usdoj.gov

1